**No. 09-8480. Mack Arthur Davis, Jr., Petitioner v. United States.**

559 U.S. 958, 130 S. Ct. 1555, 176 L. Ed. 2d 143, 2010 U.S. LEXIS 1385.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 583 F.3d 1081.